S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BERTRAN ARBUCKLE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY J. AHERN, Sheriff; *et al.*,<br><br>    Defendants.<br>_____/ | No. C-12-3076 EMC (pr)<br><br>**ORDER DENYING SECOND REQUEST FOR COUNSEL** |

Plaintiff's second motion for appointment of counsel is **DENIED** for the reasons stated at page 4 of the order of service denying his first motion for appointment of counsel. Docket # 21.

Defendant mailed his motion for summary judgment to Plaintiff at San Quentin State Prison. Plaintiff's most recent address was listed as High Desert State Prison. Therefore, defense counsel shall mail another copy of the motion for summary judgment with supporting documents to Plaintiff at High Desert State Prison, and file a proof of service showing such mailing has occurred within **five days** of the date of this order.

The Court *sua sponte* extends the deadlines on the pending motion: Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendant's counsel no later than **November 15, 2013**. Defendant's reply brief, if any must be filed no later than **November 29, 2013.**

IT IS SO ORDERED.

Dated: October 25, 2013

_____
EDWARD M. CHEN
United States District Judge